34 A.3d 774

IN THE MATTER OF JUHONG J. CHA, AN ATTORNEY
AT LAW .(ATTORNEY NO. 035612005).

January 25, 2012.

## ORDER

The Disciplinary ·Review Board having filed with the Court its decision in DRB 11–206, concluding that **JUHONG J. CHA** of **FORT LEE,** who was admitted to the bar ·of this State in 2005, should be reprimanded for violating *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **JUHONG J. CHA** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.